IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| EDA QUINONES JULBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 115-048 |
| | ) | |
| MITZI MONTGOMERY ALBRIGHT, | ) | |
| M.D.; JOWANDA CHEELY FISHMON; | ) | |
| and DONALD PORTER, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

Presently before the Court is Plaintiff's motion to compel. (Doc. no. 40.) The Court **DENIES AS MOOT** Plaintiff's motion because at a phone conference conducted on January 22, 2016, the parties represented that all issues in the motion have been resolved.

SO ORDERED this 22nd day of January, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA